UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4805 CAS (RCx) | Date | September 15, 2009 |
|---|---|---|---|
| Title | SYLVIA JUNG SOOK KIM v. NBGI, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A | |
| Deputy Clerk | | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): DEFENDANTS AURORA LOAN SERVICES, LLC & LEHMAN BROTHERS BANK, FSB'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF** (filed 08/18/09)

    The Court finds this motion appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing date of September 21, 2009, is hereby vacated and the matter is hereby taken under submission.

    On August 18, 2009, defendants Aurora Loan Services, LLC and Lehman Brothers Bank, FSB filed the instant motion to dismiss the case for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  On September 8, 2009, plaintiff Sylvia Jung Sook Kim filed a notice of non-opposition and requested leave to amend.

    In accordance with the foregoing, the Court hereby GRANTS defendants' motion to dismiss without prejudice.  Plaintiff shall file an amended complaint within 21 days after the filing of this order.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |