UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-4805-CAS(RCx) | Date | October 15, 2009 |
|---|---|---|---|
| Title | *SYLVIA JUNG SOOK KIM v. NBGI, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

WHEREAS, on September 15, 2009, the Court Court granted defendants Motion to Dismiss Case For Failure to State A Claim for Relief without prejudice and allowing plaintiff to amend the complaint no later than October 6, 2009. As of today's date, no Amended Complaint has been filed with this Court;

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 30, 2009** why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   An answer to the Complaint by **defendants NBGI, INC.;** and **AMS CAPITAL FINANCE, INC.,** or plaintiff's request for entry of default on these defendants; **and/or**

2)   An Amended Complaint

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |