UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 09-4805 CAS (FFMx) | Date | April 15, 2010 |
|---|---|---|---|
| Title | SYLVIA JUNG SOOK KIM v. NBGI, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | NOT PRESENT | N/A |
| Deputy Clerk | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers):
   **DISCHARGING ORDER TO SHOW CAUSE** (filed 10/15/09)

   **DEFENDANTS AURORA LOAN & LEHMAN BROTHERS BANK'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF** (filed 03/01/10)

   The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of April 26, 2010, is hereby vacated, and the matter is hereby taken under submission.
1
   On July 9, 2009, plaintiff Sylvia Jung Sook Kim filed the instant action against NBGI, Inc.; AMS Capital Finance, Inc.; Aurora Loan Services, LLC ("Aurora"); Lehman Brothers Bank, FSB ("Lehman"); and Does 1 through 10, for claims arising out of the mortgage loan obtained on her primary residence located at 1463, 1463 1/2, 1465, and 1467 West 35th Street, Los Angeles, California 90018 (the "Subject Property").

   On August 18, 2009, defendants Aurora and Lehman filed a motion to dismiss for failure to state a claim for relief. On September 8, 2009, plaintiff filed a notice of non-opposition and requested leave to amend. On September 15, 2009, the Court granted defendants' motion to dismiss without prejudice, and ordered plaintiff to file an amended complaint within 21 days after the filing of the order. Plaintiff failed to timely file an amended complaint. On October 15, 2009, the Court issued an order to show cause why the action should not be dismissed for lack of prosecution, and ordered the plaintiff to respond by October 30, 2009. Plaintiff failed to file a response to the order to show cause. Plaintiff's attorney, Timothy Thurman, voluntarily resigned as a member of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 09-4805 CAS (FFMx) | Date | April 15, 2010 |
|---|---|---|---|
| Title | SYLVIA JUNG SOOK KIM v. NBGI, INC.; ET AL. | | |

State Bar of California on November 3, 2009, while disciplinary charges are pending; as a result he may no longer practice law or represent plaintiff before this Court. On March 1, 2010, defendants Aurora and Lehman filed a motion to dismiss. Plaintiff failed to file an opposition.

    Because plaintiff has failed to timely respond to both the order to show cause and the motion to dismiss, the Court GRANTS defendants' Aurora and Lehman's motion to dismiss without prejudice, and dismisses the remaining defendants for lack of prosecution without prejudice.

    The Court hereby orders counsel for defendants Aurora and Lehman to serve a copy of this order on plaintiff at her last known address forthwith and file a proof of service thereafter.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |